# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR BROWN, | ) |
| | ) Case No.:18-cv-7064 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Rebecca R. Pallmeyer |
| | ) |
| CITY OF CHICAGO, former Chicago Police Officers JOSEPH CAMPBELL, Special Representative for DAVID KUTZ, and Special Representative for JOSEPH FINE, Former Assistant State's Attorney JOEL WHITEHOUSE, and other as-yet unidentified employees of the City of Chicago, | ) |
| Defendants. | ) |

## SUGGESTION OF DEATH OF JOSEPH MICHAEL CAMPBELL, UPON THE RECORD PURSUANT TO FED. R. CIV. P. 25(a)

NOW COME the Defendant, JOSEPH M. CAMPBELL, by and through his attorneys, HALE & MONICO LLC, and pursuant to Fed. R. Civ. P. 25(a), suggests upon the record the following:

1. Pursuant to Fed. R. Civ. P. 25(a), upon learning of the death of a party, notice shall be made upon the Record of the death.

2. Defendant, JOSEPH M. CAMPBELL, is deceased, he died on 27 January 2019 in Citrus County Florida.

3. According to the Last Will And Testament of Joseph Michael Campbell dated 3 April 2013, Kimberly Campbell is appointed as the personal representative of the Last Will And Testament of Joseph Michael Campbell.

4. Kimberly Campbell is a resident of Citrus County Florida.

Respectfully submitted,

/s/ *William E. Bazarek*
William E. Bazarek, One of the Attorneys
 for Defendant JOSEPH M. CAMPBELL

Andrew M. Hale
Barrett Boudreaux
William E. Bazarek
Brian J. Stefanich
Allyson West
Hale & Monico LLC
53 W. Jackson Bvld.,
Suite 330
Chicago, IL 60604
312-341-9646
ahale@ahalelaw.com
bboudreaux@ahalelaw.com
wbazarek@ahalelaw.com
bstefanich@ahalelaw.com
awest@ahalelaw.com

**CERTIFICATE OF SERVICE**

  I, William E. Bazarek, an attorney, hereby certify that on March 11, 2019, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

<em>/s/ William E. Bazarek</em>