**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR BROWN, | ) |
| Plaintiff, | ) ) ) ) Case No. 18-cv-7064 |
| v. | ) ) Judge Rebecca R. Pallmeyer |
| CITY OF CHICAGO, et al. | ) ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, January 9, 2020** at **8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Rebecca R. Pallmeyer,** in Room **2541** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Petition for Writ of Habeas Corpus Ad Testificandum.**

Respectfully submitted,

s/ Daniel M. Noland
One of the Attorneys for Defendant,
CITY OF CHICAGO

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Daniel J. Burns
Reiter Burns LLP
311 South Wacker Dr., Suite 5200
Chicago, Illinois 60606
312.982.0090
312.429.0644 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on **December 31, 2019**, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| *Attorneys for Plaintiff* | *Attorney for Defendants Kimberly Campbell as Special Representative for the Estate of Joseph Campbell, Frank W. Fine and Diane Romza-Kutz* |
|---|---|
| Ronald S. Safer | |
| Kelly M. Warner | |
| Tal C. Chaiken | |
| Allison M. Nichols | Andrew M. Hale |
| Joseph J. O'Hara, Jr. | William E. Bazarek |
| Lauren E. Jaffe | Brian Stefanich |
| Jamal S. Muhammad | Shawn W. Barnett |
| Riley Safer Holmes & Cancila LLP | Allyson L. West |
| Three First National Plaza | Barrett Boudreaux |
| 70 W. Madison Street | Amy A. Hijjawi |
| Suite 2900 | Hale & Monico LLC |
| Chicago, IL 60602 | 53 W. Jackson Bvld. |
| 312-471-8700 | Suite 330 |
| rsafer@rshc-law.com | Chicago, IL 60604 |
| kwarner@rshc-law.com | 312-870-6905 |
| tchaiken@rshc-law.com | ahale@ahalelaw.com |
| anichols@rshc-law.com | wbazarek@ahalelaw.com |
| johara@rshc-law.com | bstefanich@ahalelaw.com |
| ljaffe@rshc-law.com | sbarnett@ahalelaw.com |
| jmuhammad@rshc-law.com | awest@ahalelaw.com |
| | bboudreaux@ahalelaw.com |
| | ahijjawi@ahalelaw.com |
| *Attorney for Defendant Joel Whitehouse* | Brian J. Wilson |
| Derek R. Kuhn | City of Chicago Department of Law |
| Edward M. Brener | 30 N. LaSalle St., Suite 900 |
| Cook County State's Attorney's Office | Chicago, IL 60602 |
| 500 Richard J. Daley Center | 312-744-1566 |
| Chicago, IL 60602 | brian.wilson2@cityofchicago.org |
| 312-603-5527 | |
| derek.kuhn@cookcountyil.gov | |
| edward.brener@cookcountyil.gov | |

In addition, notification was sent via U.S. Mail to the following:

| | |
|---|---|
| Illinois Department of Corrections<br>1301 Concordia Court<br>Springfield, IL 62702 | Illinois Attorney General<br>100 West Randolph, 13th Floor<br>Chicago, IL 60601 |

s/ Daniel M. Noland