UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### ORDER DIRECTING THAT A SEPARATE JURY PANEL BE SUMMONED

Pursuant to Local Rule 47.1(b), it is hereby ordered that a separate jury panel be summoned for trial in 18 C 7064 to be tried before me. Jury selection is set for April 6, 2023.

It is further ordered that requests to be excused from service on this jury panel shall be decided by the Honorable Rebecca R. Pallmeyer.

Dated:     February 8, 2023

_____
REBECCA R. PALLMEYER
Chief Judge United States District Court