IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ARTHUR BROWN, | ) |
|       Plaintiff, | ) ) ) Case No. 18 CV 7064 |
| v. | ) ) Judge Rebecca R. Pallmeyer |
| CITY OF CHICAGO, et al., | ) ) |
|       Defendants. | ) |

**STIPULATION OF PROCEDURAL HISTORY OF PLAINTIFF'S CRIMINAL PROCEEDINGS**

1. On May 28, 1988, Arthur Brown was arrested for the aggravated arson of the Magic Video Store and the murders of two people, Kiert Phophairat and Pismai Panichkarn, whose bodies were found in the King Chef Restaurant located next to the Magic Video Store at 422 East 63rd Street, Chicago, Illinois. Mr. Phophairat and Ms. Panichkarn died of smoke inhalation as a result of the fire.

2. On July 1, 1988, Arthur Brown was indicted for arson and murder.

3. Arthur Brown moved to suppress evidence of his signed confession to the crime. On October 12, 1989, the Cook County Circuit Court Judge—Judge Suria—denied the motion to suppress and permitted the confession to be presented as evidence at trial.

4. On April 23, 1990, Arthur Brown was convicted of arson and murder following a jury trial.

5. On June 1, 1990, Arthur Brown was sentenced to life without possibility of parole.

6. On September 10, 1993, the Appellate Court affirmed Arthur Brown's conviction.

7. On September 4, 1996, Arthur Brown filed a petition for post-conviction relief. The Circuit Court of Cook County dismissed Arthur Brown's post-conviction petition and the Appellate Court affirmed the dismissal of the petition.

8. On May 28, 1999, Arthur Brown filed a petition for post-conviction relief alleging, in part, newly discovered evidence – the confession of James Bell.

9. On August 11, 2003, following an evidentiary hearing, Judge Suria vacated Arthur Brown's conviction and granted Mr. Brown a new trial based upon the newly discovered evidence of James Bell's confession.

10. On August 8, 2008, following his second trial, Arthur Brown was convicted by a jury of arson and murder.

11. On October 27, 2008, Arthur Brown was sentenced to life without possibility of parole.

12. On August 8, 2011, the Appellate Court affirmed Mr. Brown's conviction.

13. On December 19, 2012, Arthur Brown filed a *pro se* petition for post-conviction relief.

14. On August 26, 2016, Arthur Brown and new counsel filed an amended petition for post-conviction relief.

15. On October 3, 2017, following an evidentiary hearing, Judge Claps granted the petition for post-conviction relief, vacated the convictions, and granted Arthur Brown a new trial.

16. On November 2, 2017, the Cook County State's Attorney filed a notice of appeal of the October 3, 2017 order.

17. On November 14, 2017, the Cook County State's Attorney moved the Court to dismiss all charges against Mr. Brown. The Court dismissed the charges, and Mr. Brown was released from custody.

18. On December 21, 2017, Arthur Brown filed a petition for a Certificate of Innocence.

19. On February 13, 2018, the Circuit Court of Cook County granted Arthur Brown a Certificate of Innocence.

| | |
|---|---|
| Dated: April 6, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ Allison N. Siebeneck* | */s/ Patricia C. Bobb* |
| Ronald S. Safer | Patricia C. Bobb |
| Joseph O'Hara | Patricia C. Bobb & Associates |
| Abigail L. Peluso | 225 West Wacker Drive, Suite 1515 |
| Allison N. Siebeneck | Chicago, Illinois 60606 |
| Lauren Jaffe | (312) 334-3122 |
| Andrew Patton | bobb@pcbtrialaw.com |
| RILEY SAFER HOLMES & CANCILA LLP | |
| 70 W. Madison Street, Suite 2900 | David R. Nordwall |
| Chicago, Illinois 60602 | Law Office of David R. Nordwall LLC |
| (312) 471-8700 (tel) | 225 West Wacker Drive, Suite 1515 |
| (312) 471-8701 (fax) | Chicago, Illinois 60606 |
| rsafer@rshc-law.com | (312) 291-1660 |
| johara@rshc-law.com | david@drnlaw.net |
| apeluso@rshc-law.com | |
| asiebeneck@rshc-law.com | *Attorneys for Defendant Joel Whitehouse* |
| ljaffe@rshc-law.com | |
| apatton@rshc-law.com | |

Maegan B. McAdam (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1000 (tel)
(212) 660-1001 (fax)
mmcadam@rshc-law.com

*Attorneys for Plaintiff Arthur Brown*