IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18 CV 7064 |
| ) | |
| CITY OF CHICAGO, Kimberly Campbell as ) | Chief Judge Rebecca R. Pallmeyer |
| Special Representative for the Estate of ) | |
| JOSEPH CAMPBELL, Diane Romza-Kutz ) | |
| as Special Representative for the Estate of ) | |
| DAVID KUTZ, and Frank W. Fine as ) | |
| Special Administrator for the Estate of ) | |
| JOSEPH D. FINE, Former Assistant State's ) | |
| Attorney JOEL WHITEHOUSE, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Arthur Brown, by his attorney, Ronald S. Safer of Riley Safer Holmes & Cancila LLP; and Defendants Kimberly Campbell as Special Representative for the Estate of Joseph Campbell, Diane Romza-Kutz as Special Representative for the Estate of David Kutz, and Frank W. Fine as Special Administrator for the Estate of Joseph D. Fine, by their attorney, Andrew M. Hale of HALE & MONICO, LLC, Special Assistant Corporation Counsel; and Defendant, City of Chicago, by its attorney, John L. Hendricks, Acting Corporation Counsel of the City of Chicago, and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of plaintiff, ARTHUR BROWN, against Defendants, City of Chicago, Kimberly Campbell as Special Representative for the Estate of Joseph Campbell, Diane Romza-Kutz

as Special Representative for the Estate of David Kutz, and Frank W. Fine as Special Administrator for the Estate of Joseph D. Fine, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

_____
Judge Rebecca R. Pallmeyer

Date:  June 26, 2023