# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR BROWN, | ) |
| | ) |
| Plaintiff, | ) Case No. 18 CV 7064 |
| | ) |
| v. | ) Judge Rebecca R. Pallmeyer |
| | ) |
| CITY OF CHICAGO *et al.*, | ) Magistrate Judge Maria Valdez |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Arthur Brown and Defendant Cook County, by their respective attorneys of record, that this matter has been settled. Pursuant thereto, all claims brought by Plaintiff Arthur Brown against Defendant Cook County should be dismissed with prejudice. The dismissal without prejudice of Plaintiff's claims against former Defendant Joel Whitehouse (Dkt. 432) likewise should be converted to a dismissal with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: July 28, 2023                    Respectfully submitted,

*/s/ Allison N. Siebeneck*              */s/ Patricia C. Bobb (with permission)*
Ronald S. Safer                         Patricia C. Bobb
Joseph O'Hara                           Patricia C. Bobb & Associates
Abigail L. Peluso                       225 West Wacker Drive, Suite 1515
Allison N. Siebeneck                    Chicago, Illinois 60606
Lauren Jaffe                            (312) 334-3122
Andrew Patton                           bobb@pcbtrialaw.com
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900        David R. Nordwall
Chicago, Illinois 60602                 Law Office of David R. Nordwall LLC
(312) 471-8700 (tel)                    225 West Wacker Drive, Suite 1515
(312) 471-8701 (fax)                    Chicago, Illinois 60606
rsafer@rshc-law.com                     (312) 291-1660

| | |
|---|---|
| johara@rshc-law.com<br>apeluso@rshc-law.com<br>asiebeneck@rshc-law.com<br>ljaffe@rshc-law.com<br>apatton@rshc-law.com | david@drnlaw.net<br><br>*Attorneys for Defendant Cook County* |

Maegan B. McAdam (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 660-1000 (tel)
(212) 660-1001 (fax)
mmcadam@rshc-law.com

*Attorneys for Plaintiff Arthur Brown*