UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Arthur Brown
                    Plaintiff,

v.                                          Case No.: 1:18−cv−07064
                                            Honorable Rebecca R. Pallmeyer

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the filed Stipulation to Dismiss [440], this case is dismissed with prejudice against Defendant Cook County. The dismissal without prejudice of Plaintiff's claims against former Defendant Joel Whitehouse (Dkt. 432) are converted to a dismissal with prejudice. Each side shall bear its own costs and attorneys' fees. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.